Kelly K. LoCascio, Esq., SBN #022793
Michael J. Ward, Esq., SBN # 022782
Lisa J. Counters, Esq., SBN #016436
8014 E. McClain, Suite 220
Scottsdale, Arizona 85260
Telephone:  (877) 264-3570
Facsimile: (888)883-9506
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANGEL JET SERVICES, L.L.C., a limited liability company, individually, as assignee and authorized representative of Constance Haaland,<br><br>Plaintiff,<br><br>v.<br><br>Build-A-Bear Workshop, Inc., Welfare Benefit Plan and United Health Healthcare Insurance Company, a foreign insurer,<br><br>Defendants. | Case No.: CV2010-150-PHX-GMS<br><br>**NOTICE OF SETTLEMENT** |

Notice is given that the parties have settled this matter.  A notice of dismissal will be filed within 30 days.

Dated this 15th day of April, 2010.

By     /s Lisa J. Counters
Kelly LoCascio, Esq.
Michael J. Ward, Esq.
Lisa J. Counters, Esq.
Attorneys for Plaintiff

1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Paula Denney
JACKSON WALKER, LLP
1401 McKinney, Ste. 1900
Houston TX  77010
Counsel for Defendants

*/s* Lisa J. Counters