Kelly K. LoCascio, Esq., SBN #022793
Lisa J. Counters, Esq., SBN #016436
8014 E. McClain, Suite 220
Scottsdale, Arizona 85260
Telephone: (480) 634-8017
Facsimile: (480) 247-4603
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANGEL JET SERVICES, L.L.C., an limited liability company, individually and as assignee of Linda Sommers,<br><br>Plaintiff,<br><br>v.<br><br>Build-A-Bear Workshop, Inc. Welfare Benefit Plan, United HealthCare Insurance Company,<br><br>Defendant. | Case No.: 2:10-CV-150-PHX-GMS<br><br>**NOTICE OF VOLUNATRY DISMISSAL** |

   Plaintiff Angel Jet Services, L.L.C. voluntarily dismisses this action. No answer or other responsive pleading has been filed by Defendant Build-A-Bear Workshop, Inc. Welfare Benefit Plan, United HealthCare Insurance Company.

   Dated this 17th day of May, 2010.

                              By    /s Lisa J. Counters
                                    Kelly LoCascio, Esq.
                                    Lisa J. Counters, Esq.
                                    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of May 2010, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and forwarded a copy of the same to the following via U.S. mail:

Paula Denney
Jackson Walker, LLP
1401 McKinney, Suite 1900
Houston, Texas 77010


 /s/ Callie Dahlgren